**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**DAVID M. HALPERN,**

**PLAINTIFF,**

**vs.** **Case 1:26-CV-00819-KWR-GBW**

**SOCIAL SECURITY ADMINISTRATION**
***FRANK J. BISIGNANO, COMMISSIONER SOCIAL SECURITY ADMINISTRATION*,**

**DEFENDANT.**

**ORDER ADOPTING THE MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

The Magistrate Judge filed his Proposed Findings and Recommended Disposition ("PFRD") on November 2, 2026. Doc. 20. The PFRD notified the parties of their ability to file objections within fourteen days, and that failure to do so waived appellate review. *Id*. at 17. Neither party filed objections to the Magistrate Judge's PFRD within the allotted time. Appellate review is therefore waived. *See United States v. 2121 E. 30th Street*, 73 F.3d 1057, 1059–60 (10th Cir. 1996). Failure to object to the PFRD also waives the right to *de novo* review by the district court. *See id*. at 1060; *Thomas v. Arn*, 474 U.S. 140, 149–150 (1985). Nevertheless, the Court has reviewed the record and PFRD and concurs with the Magistrate Judge's findings and recommendations.

Wherefore, **IT IS HEREBY ORDERED** that:

(1) The Magistrate Judge's Proposed Findings and Recommended Disposition, Doc. 20, are **ADOPTED**;

(2) Plaintiff's Motion for Reversal and Remand for Further Proceedings, Doc. 9, is **DENIED**, and the Commissioner's decision is **AFFIRMED**.

/S/ KEA W. RIGGS
UNITED STATES DISTRICT JUDGE